IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL D'ANGELO SIMMONS,

    Plaintiff,

vs.                                CASE NO. 5:07cv270/RS-MD

PANAMA CITY POLICE DEPARTMENT,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 9). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. The relief requested by Plaintiff's Motion For Voluntary Dismissal (Doc. 7) is granted, and this case is dismissed without prejudice.

3. The clerk is directed to close the file.

ORDERED on March 20, 2008.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**